

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2017

No. 04-17-00667-CV

**IN THE INTEREST OF A.E.S., A CHILD**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02849
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was due to be filed by October 23, 2017. On October 30, 2017, the court reporter responsible for preparing the record filed a notification of late record requesting an extension of time to file the record to November 6, 2017. The notification of late record is NOTED. It is ORDERED that the reporter's record must be filed in this appeal no later than November 6, 2017. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2017.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court